**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

MARK MIGDAL,

No. C-14-02386 DMR

12

        Plaintiff,

**ORDER TO SHOW CAUSE**

13

    v.

14

RICHARD A KRAMER,

15

        Defendant.

_____/

16

17

     On May 23, 2014, Plaintiff filed suit pursuant to 42 U.S.C. § 1983 against Judge Richard A.

18

Kramer of San Francisco County Superior Court in his judicial capacity.  (*See* Compl.)  The court

19

hereby ORDERS Plaintiff to SHOW CAUSE no later than June 25, 2014 why the court should not

20

dismiss Plaintiff's Complaint on grounds of judicial immunity.

21

22

    IT IS SO ORDERED.

23

24

Dated:  June 11, 2014



25

26

                       _____

27

                       DONNA M. RYU
                       United States Magistrate Judge

28